UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **REBECCA HAGAN,** | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) Civil Action No. . 8:14-cv-00575-MSS-MAP |
| v. | ) <br> ) |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC;** <br> and DOE 1-5 | ) <br> ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

**NOTICE OF SETTLEMENT**

**NOTICE IS HEREBY GIVEN** that plaintiff Rebecca Hagan and defendant Portfolio Recovery Associates, LLC. have reached a settlement in the above-captioned case. Plaintiff expects the settlement to be consummated by May 25, 2014, at which time Plaintiff expects to file a voluntary dismissal of the entire action.

Date: April 25, 2014          s/ Robert Amador
                              ROBERT AMADOR, ESQ.
                              Attorney for Plaintiff REBECCA HAGAN
                              Centennial Law Offices
                              9452 Telephone Rd. 156
                              Ventura, CA. 93004
                              (888)308-1119 ext. 11
                              R.Amador@centenniallawoffices.com

## CERTIFICATE OF SERVICE

I certify that on this date, April 25, 2014, I mailed a copy of the foregoing NOTICE OF SETTLEMENT, First Class U.S. Mail, to the following party:

Portfolio Recovery Associates
120 Corporate Boulevard
Norfolk, VA 23502

>
> s/ Robert Amador
> ROBERT AMADOR, ESQ.
> Attorney for Plaintiff REBECCA HAGAN
> Centennial Law Offices
> 9452 Telephone Rd. 156
> Ventura, CA. 93004
> (888)308-1119 ext. 11
> R.Amador@centenniallawoffices.com