# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| REBECCA HAGAN,<br><br>　　　Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC;<br>and DOE 1-5<br><br>　　　Defendants. | Civil Action No. . 8:14-cv-00575-MSS-MAP |

## NOTICE OF DISMISSAL

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), Plaintiff voluntarily dismisses the entire action with prejudice.

Date: June 2, 2014

　　　　　　　　　　　　　　　　　　　 s/ Robert Amador
　　　　　　　　　　　　　　　　　　ROBERT AMADOR, ESQ.
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff REBECCA HAGAN
　　　　　　　　　　　　　　　　　　Centennial Law Offices
　　　　　　　　　　　　　　　　　　9452 Telephone Rd. 156
　　　　　　　　　　　　　　　　　　Ventura, CA. 93004
　　　　　　　　　　　　　　　　　　(888)308-1119 ext. 11
　　　　　　　　　　　　　　　　　　R.Amador@centenniallawoffices.com