UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

REBECCA HAGAN,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No: 8:14-cv-575-T-35MAP

PORTFOLIO RECOVERY ASSOCIATES,
LLC and DOE 1-5,

    Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Plaintiff's Notice of Dismissal with Prejudice, (Dkt. 11) and pursuant to Fed.R.Civ. P. 41, it is hereby

**ORDERED** that this case is **dismissed with prejudice.** The **Clerk** is directed to terminate any pending motions and **CLOSE** this case.

**DONE and ORDERED** at Tampa, Florida this 11th day of June, 2014.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party